```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - X
                           :
UNITED STATES OF AMERICA   :
                           :
        - v. -             :
                           :
LOUIS MARTIN BLAZER,       :
    a/k/a "Marty,"         :
                           :
        Defendant.         :
- - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/17

UNSEALING ORDER

17 Cr.563(VSB)

    Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Joon H. Kim, by Assistant United States Attorney Noah Solowiejczyk;

    It is found that all documents and filings in the above-captioned action are currently sealed and subject to temporarily delayed docketing, and the United States Attorney's Office has applied to have the documents and filings unsealed and the delay in docket entries lifted as of <u>September 26, 2017 at 8:30 am EST</u>;

IT IS THEREFORE ORDERED that all documents and filings in this action be unsealed and remain unsealed as of **September 26, 2017 at 8:30 am EST**; and all docket entries be made in the ordinary course, pending further order of the Court.

DATED:   New York, New York
         September 25, 2017

HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK